**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2282**

FRANK APAU,

　　　　　　　Plaintiff - Appellant,

　　　　v.

GREGORY L. COLLETT, District Director for Services
(Maryland), USCIS, U.S. CITIZENSHIP AND IMMIGRATION
SERVICES; MICHAEL CHERTOFF, Secretary of Department of
Homeland Security, and DEPARTMENT OF HOMELAND SECURITY,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, Senior District
Judge. (1:08-cv-01375-MJG)

Submitted: September 27, 2010　　Decided: October 13, 2010

Before WILKINSON, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Caroline R. Ngoubene, College Park, Maryland, for Appellant.
Rod J. Rosenstein, United States Attorney, Jason D. Medinger,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Apau appeals the district court's order granting summary judgment to the Respondents and dismissing his appeal from the denial of his application for naturalization. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Apau v. Collett, No. 1:08-cv-01375-MJG (D. Md. Oct. 16, 2009); see 8 U.S.C. § 1429 (2006) (providing that "no person shall be naturalized against whom there is outstanding a final finding of deportability pursuant to a warrant of arrest issued under the provisions of this chapter or any other Act"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED